**Edin FAKIC, Petitioner–Appellant,**

v.

**Roseanne SONCHIK, District Director, United States Immigration and Naturalization Service; et al., Respondents–Appellees.**

No. 01–15607.

D.C. No. CV–00–00083–KJD (RJJ).

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 28, 2002.

Before FERNANDEZ, WARDLAW, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Edin Fakic, a native and citizen of Bosnia, appeals pro se the district court's judgment denying Fakic's 28 U.S.C. § 2241 petition for habeas corpus. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo denial of a petition for writ of habeas corpus. *Baeta v. Sonchik,* 273 F.3d 1261, 1263 (9th Cir. 2001). We dismiss Fakic's petition as moot.

Fakic's claims were based on an order that is no longer in effect, which has been

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

superseded by an order deferring removal to Bosnia and Croatia. Further, the Immigration and Naturalization Service ("INS") has released Fakic from custody. Consequently, Fakic's contentions that the INS should issue a final administrative order, release him from detention, and refrain from removing him to Croatia are moot. *See Picrin–Peron v. Rison,* 930 F.2d 773, 775 (9th Cir.1991).

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.